IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:11-CV-00089

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PREMIER DEVELOPMENT RESOURCES, ) <br> LLC, and FRANK W. KASEY, ) <br> ) <br> Defendants. ) | **DEFAULT JUDGMENT** <br> Rule 55(b)(1), FED. R. CIV. P. |

Defendants Premier Development Resources, LLC and Frank W. Kasey (collectively, the "Defendants"), having failed to plead or otherwise defend this action, and default having been entered, now upon Plaintiff Coldwell Banker Real Estate LLC's Motion for Entry of Default Judgment, and upon affidavit that Defendants have caused damage to Plaintiff as follows:

1. To have and recover of Defendants, jointly and severally, the principal amount of $349,315.02, plus interest at the legal rate following judgment until such judgment is satisfied; and

2. Additionally, that Plaintiff have and recover of Defendants, jointly and severally, the amount of $769.55, which represents its actual costs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff recover from Defendants, jointly and severally, the principal amount of $349,315.02, plus the amount of $769.55, which represents its actual costs, plus interest at the legal rate following judgment until such judgment is satisfied.

Signed: January 17, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court